# STATE OF MICHIGAN

# COURT OF APPEALS

MICHAEL WENNERS, DAVID CROSS, and
SALLY CROSS,

        Plaintiffs-Appellees,

v

MATTHEW D. CHISOLM, AMY C. CHISOLM
a/k/a AMY C. VOGEL,

        Defendants-Appellants,

and

CLAUDIA M. WEBB and MARY J. POIRER,

        Defendants.

UNPUBLISHED
March 24, 2015

No. 314938
Washtenaw Circuit Court
LC No. 12-001197-CH

Before: JANSEN, P.J., and METER and BECKERING, JJ.

JANSEN, P.J. (*concurring in the result*).

        I concur in the result only.

        /s/ Kathleen Jansen